262 So.2d 39

**Mrs. Anaise C. ROBIN**

v.

**ASSOCIATED INDEMNITY COMPANY et al.**

No. 52471.

May 23, 1972.

 that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.

262 So.2d 39

**SNELLING & SNELLING**

v.

**DELTA DATA SERVICE, INCORPORATED et al.**

No. 52401.

May 23, 1972.

No error of law.

262 So.2d 39

**JEFFERSON PARISH SCHOOL BOARD**

v.

**MARRERO LAND AND IMPROVEMENT ASSOCIATION, LTD.**

No. 52395.

May 23, 1972.

Under the facts, we find no error of law.

262 So.2d 40

**LAMASTUS & ASSOCIATES, INC. and Maryland Casualty Company**

v.

**GULF INSURANCE COMPANY.**

No. 52449.

May 23, 1972.

 On the facts found by the court of appeal the result is substantially correct and does not warrant the exercise of our review jurisdiction.

■

262 So.2d 40

**Joann A. TREME**

v.

**AMERICAN MUTUAL LIABILITY IN-SURANCE COMPANY et al.**

**No. 52466.**

May 23, 1972.

On the facts found by the Court of Appeal, we find no error of law in its judgment.

TATE, J., believes that a writ should be granted.

DIXON, J., is of the opinion that the judgment of the Court of Appeal appears to be in error, even on the facts found, and the writ should be granted.

■

262 So.2d 40

**Morley A. HUDSON**

v.

**MARYLAND CASUALTY COMPANY.**

**No. 52454.**

May 23, 1972.

On the facts found by the Court of Appeal, we find no error of law in its judgment.

DIXON, J., recused, having performed judicial act in case in another court.

■

262 So.2d 40

**LAMASTUS & ASSOCIATES, INC. and Maryland Casualty Company**

v.

**GULF INSURANCE COMPANY.**

**No. 52456.**

May 23, 1972.

